**Bouid LEE, suing as Mr. Lee, Appellant,**

v.

**MINNEAPOLIS PUBLIC SCHOOLS; Independent School District No. 1, sued as Special School District Number One; Dr. John Googins; T. Factor; Kim Houle, Appellees.**

No. 03–2452.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 17, 2003.

Decided Oct. 28, 2003.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Bouid Lee appeals the district court's * dismissal of Lee's civil complaint. Having carefully reviewed the record and the parties' submissions on appeal, we conclude Lee's complaint was properly dismissed. We thus affirm the judgment of the district court. *See* 8th Cir. R. 47B. We also deny all pending motions.

---

* The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.